**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

AKANINYENE EFIONG AKAN,      :   No. 25 WM 2019
                             :
            Petitioner       :
                             :
                             :
            v.                :
                             :
                             :
COURT OF COMMON PLEAS,      :
ALLEGHENY COUNTY,           :
                             :
            Respondent     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.